382 A.2d 1226

Hayden C. JONES, Jr., Appellant,

v.

Israel PACKEL, Robert P. Casey, Grace M. Sloan, Martin L. Murray, Thomas M. Nolan, Kenneth B. Lee, Robert J. Butera, Herbert Fineman, H. Jack Seltzer, Guy A. Kistler, Henry J. Cianfrani and Raymond Lederer.

Hayden C. JONES, Jr., Appellant,

v.

Henry J. CIANFRANI et al.

Supreme Court of Pennsylvania.

Reargued Jan. 18, 1978.

Decided Feb. 10, 1978.

H. David Spirt, Norristown, Steven G. Laver, Philadelphia, for appellant.

Frank P. Lawley, Jr., Chief Counsel, Frank Adam Woelfling, Robert P. Meehan, Deputy Chief Counsel, Lester Eisenstadt, Harrisburg, for appellee, Aud. General.

Allen C. Warshaw, Joseph W. McGuire, Deputy Attys. Gen., for appellees, Israel Packel and Grace Sloan.

James Cawley, Chief Counsel, Harrisburg, for appellees, Martin L. Murray, Thomas M. Nolan and Henry J. Cianfrani.

Russell A. Davis, Harrisburg, for appellees, Herbert Fineman and Raymond Lederer.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION BY THE COURT

PER CURIAM:

Orders affirmed.